UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CLARENCE TYRONE STEWART (#289005)     CIVIL ACTION

VERSUS

NO. 13-645-JJB-RLB

ELAYN HUNT CORRECTIONAL CENTER, ET. AL.

## RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

This matter is before the court for consideration of the Report and Recommendations of United States Magistrate Judge Richard L. Bourgeois, Jr., dated June 12, 2014 (doc. 36) relative to a Motion to Dismiss filed by the defendant, Warden Howard Prince (doc. 24). The motion was unopposed and the plaintiff filed no objection to the Report and Recommendation.

The Magistrate Judge recommends that the defendant's Motion to Dismiss be granted. The Magistrate Judge recommends that the claim asserted against defendant Warden Howard Prince be dismissed, with prejudice, for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6). The Magistrate Judge correctly cites the applicable law. Plaintiff has not filed an objection. The Court agrees with the Magistrate Judge that Plaintiff did not plead facts in his complaint that plausibly supported a cause of action upon which relief could be granted. The Magistrate Judge further recommends that the claims asserted against Elayn Hunt Correctional Center be dismissed, without prejudice, for failure to serve this defendant within 120 days as mandated by Fed. R. Civ. P. 4(m). The Court agrees that Elayn Hunt Correctional Center was not served within 120 days.

Accordingly, the Court hereby **AFFIRMS and ADOPTS** the Magistrate Judge's Report and Recommendations (doc. 36). Consistent with it, the Court **GRANTS** the defendant Howard Prince's Motion (doc. 24) to Dismiss, and thus, **DISMISSES, WITH PREJUDICE**, the claims

against defendant Howard Prince. Furthermore, in line with the Report, the Court **DISMISSES, WITHOUT PREJUDICE**, all claims against Elayn Hunt Correctional Center due to the plaintiff's failure to serve the defendant within the requisite time period.

Signed in Baton Rouge, Louisiana, on July 7th, 2014.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA